**Order entered December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00852-CV

### PAYSON PETROLEUM, INC. ET AL., Appellants

### V.

### J. MICHAEL WHEELER, ET AL., Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06306**

## ORDER

We **GRANT** appellees' December 22, 2014 unopposed second motion for an extension of time to file a brief. Appellees shall file their brief by **JANUARY 19, 2015**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
        JUSTICE